UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOP TOBACCO, L.P. and REPUBLIC TOBACCO, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> MIDWESTERN CASH AND CARRY, LLC, et al., <br><br> Defendants. | Case No. 1: 11-cv-4460 <br><br> Magistrate Judge Maria Valdez |

## EXHIBIT LIST

| Exhibit Letter | Description | Filed Under Seal |
|---|---|---|
| A | 2/23/2012 Deposition of Seth Gold | Filed Under Seal |
| B | Defendants' Answers to Plaintiff's Interrogatories | |
| C | South Chicago One, Inc. File Detail Report dated 7/19/2010 | |
| D | 2/21/2012 Deposition of Z. Khawaja | |
| E | 4/5/2012 Deposition of M. Ali | |
| F | TOP Advertising Materials | Filed Under Seal |
| G | Top Trademark Registrations | |
| H | MCC Sales Analysis Report | |
| I | Pascal Marnot Expert Report | |
| J | Republic Sales Invoices | |
| K | TOP Sales Record for MCC | Filed Under Seal |
| L | 3/23/2012 Deposition of N. Choudhri | |
| M | 2/16/2012 Deposition of N. Choudhri | |
| N | Defendant Southern Gas and Food's Amended Responses to Plaintiffs' Interrogatories | |
| O | 2/20/2012 Deposition of B. Chaudry | |
| P | 4/5/2012 Deposition of C. Goldenberg | Filed Under Seal |
| Q | Exhibit 1 to the Deposition of C. Goldenberg | Filed Under Seal |
| R | 3/13/2012 Deposition of S. Sandman | Filed Under Seal |
| S | D. O'Callaghan Report 1 | Filed Under Seal |
| T | D. O'Callaghan Report 2 | Filed Under Seal |
| U | Report of R. Garcia | Filed Under Seal |
| V | D. O'Callaghan Report 3 | Filed Under Seal |
| W | Group Exhibit Photos | Filed Under Seal |
| X | Republic Tobacco Sales and Promotional Expenses | Filed Under Seal |