*Exhibit C*

CORP/LLC - File Detail Report                                                                 Page 1 of 1



| SERVICES | PROGRAMS | PRESS | PUBLICATIONS | DEPARTMENTS | CONTACT |

## CORPORATION FILE DETAIL REPORT

| Entity Name | SOUTH CHICAGO ONE, INC. | File Number | 63518565 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 04/27/2004 | State | ILLINOIS |
| Agent Name | YAKUB A CHAUS | Agent Change Date | 04/27/2004 |
| Agent Street Address | 6346 N MAPLEWOOD AVE | President Name & Address | BASHIR M CHAUDHRY 6655 N MINTISELLO LINCOLNWOOD 60712 |
| Agent City | CHICAGO | Secretary Name & Address | NUSRAT CHOUDHRY SAME |
| Agent Zip | 60659 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 03/15/2010 | For Year | 2010 |

Return to the Search Screen          Purchase Certificate of Good Standing
                                     (One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

http://www.ilsos.gov/corporatellc/CorporateLlcController                                    7/19/2010