*Exhibit N*

107-50923                           SMP:ag



# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOP TOBACCO, L.P. and REPUBLIC TOBACCO, L.P., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 1: 11-cv-04460 |
| MIDWESTERN CASH AND CARRY, LLC, MIDWEST CASH AND CARRY, INC. f/k/a CASH AND CARRY, INC., MIDWEST DISTRIBUTORS WAREHOUSE, INC., NUSRAT H. CHOUDRI a/k/a NUSRAT CHOUDRY a/k/a NURAT CHAUDRI, SABRA CHOUDRI, BASHIR CHOUDRI, MUBBASHER KHAN, YALE GAS AND FOOD, INC., SOUTHERN GAS AND FOOD, INC., SOUTH CHICAGO ONE, INC. d/b/a CLARK GAS AND FOOD, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **DEFENDANT'S AMENDED ANSWERS TO PLAINTIFF'S INTERROGATORIES**

NOW COMES the Defendant, SOUTHERN GAS AND FOOD, INC., by and through their attorneys, PONTIKES & ASSOCIATES, and for their Amended Answers to Plaintiff's Interrogatories, state as follows:

1. Identify the name, address and title or position of each and every person having knowledge or information relating to each and every allegation in Your answer and affirmative defenses in this matter, and for each such person identified, set forth the specific allegations of which that person has knowledge or information and the substance of that knowledge or information.

**ANSWER:** Zubair M. Khawaja, 7059 S. Ashland Avenue, Chicago, IL 60636. I am the sole shareholder and president.

2. Identify all products, goods and/or merchandise that You have produced, sold, offered for sale and/or distributed for sale bearing any of the TOP Marks, from January 1, 2006 to the present.

**ANSWER:** From 2006, I have sold approximately two boxes a month up to the present time. That would be two boxes of 24 booklets of rolling paper per month.

3. Describe with particularity all facts relating to the past, current and planned future marketing, promotion and advertisement of the products, goods and/or merchandise identified in Your response to Interrogatory No. 2, above.

**ANSWER:** I did not advertise, I simply placed these on the shelf.

4. Describe in detail the complete factual basis supporting each of Your affirmative defenses, and identify all documents considered, reviewed and/or relied upon by You as a basis for the facts and assertions provided in response to this Interrogatory.

**ANSWER:** No affirmative defense at this time.

5. Identify and describe with particularity each and every channel of trade through which You have sold, offered to sell and/or provided products, goods or merchandise bearing or in connection with the TOP Marks, the Paper Marks, or the Tobacco and Tobacco Products Marks.

**ANSWER:** I offered these by placing them on a shelf.

6. Identify and describe with particularity each and every supplier or other source of cigarette rolling papers that You have sold, offered for sale and/or distributed, from January 1, 2006 to present.

2

**ANSWER:** Midwest Cash & Carry, Dearborn, Lawrence Wholesaler, and Omar.

7. Identify and describe with particularity, by volume, source, brand and year, Your annual purchases of cigarette rolling papers from January 1, 2006 to the present.

**ANSWER:** I purchased approximately two boxes each month since 2006 and I sell approximately two boxes per month. The boxes in 2006 I believe cost approximately $8.00 per box and have gone up every year since. My purchases have remained consistent throughout the years. My sales have also remained consistent in that I sell just about as much as I buy each month which is approximately two boxes per month. I put these on my shelf to sell.

8. Identify and describe with particularity, by volume, source, brand and year, Your annual sales of cigarette rolling papers from January 1, 2006 to the present.

**ANSWER:** As stated before my annual sales since 2006 have been approximately two boxes of rolling papers per month and has remained approximately consistent up to the present time.

9. Identify each banking institution with which You (i.e., each of the MCC Defendants individually) holds accounts.

**ANSWER:** Objection, Judge Guzman ruled on this.

10. Identify any accountant or financial professional who assists You (i.e., each of the MCC Defendants individually) in preparing any financial statement and/or tax return.

**ANSWER:** Objection, Judge Guzman ruled on this

11. Identify each person who provided information in connection with answering these Interrogatories, that person's title or position and that person's contact information.

**ANSWER:** Objection, Judge Guzman ruled on this

12. Indentify each and every Document on which You relied in preparing Your answers to these interrogatories.

3

**ANSWER:**   None other than myself.

RESPECTFULLY SUBMITTED,

PONTIKES & ASSOCIATES

By: _____

Attorney for Defendants

Steven M. Pontikes (6183434)
PONTIKES & ASSOCIATES
33 N. LaSalle St., Ste. 3350
Chicago, IL 60602
(312) 464-1440 Phone
(312) 464-1442 Fax
E-mail: spontikes@pontikeslaw.com

4

107-50923                           SMP:ag                          DOCKETED
                                                                      FM
                                                                   APR 16 2012

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TOP TOBACCO, L.P. and REPUBLIC TOBACCO, L.P., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:11-cv-04460 |
| MIDWESTERN CASH AND CARRY, LLC, MIDWEST CASH AND CARRY, INC., MIDWEST DISTRIBUTORS WAREHOUSE, INC., NUSRAT CHOUDHRI, SABRA CHOUDHRI, BASHIR CHAUDRY, MUBBASHER KHAN, ZUBAIR KHAWAJA MUZAFAR ALI YALE GAS AND FOOD, INC., SOUTHERN GAS AND FOOD, INC., SOUTH CHICAGO ONE, INC. d/b/a CLARK GAS AND FOOD, et. al. | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### CERTIFICATION

I, __Zubair Khawaja__, being first duly sworn, depose and state that I have read the above and foregoing Answers to Interrogatories subscribed by me and know the contents thereof and state that the same are true and correct in substance and in fact in the best of my belief and knowledge.

_____

Subscribed and sworn to before me

this 10th day of April, 2012.

_____
Notary Public

OFFICIAL SEAL
CHARICLIA KOUTSOURIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/15

Steven M. Pontikes
PONTIKES & ASSOCIATES
33 N. LaSalle St., Ste. 3350
Chicago, IL 60602
T. (312) 464-1440
F. (312) 464-1442
ARDC No. 6183434